■ In the Matter of PHILIP B. STONE (Admitted as PHILIP BARRY STONE), a Suspended Attorney. [683 NYS2d 834] —Petition granted, and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Milonas, Wallach, Rubin and Tom, JJ.

■ In the Matter of HOWARD A. JAFFE (Admitted as HOWARD ARTHUR JAFFE), an Attorney. [683 NYS2d 834] —Application granted, and the effective date of respondent's three-month suspension is extended to January 15, 1999. No opinion. Concur—Milonas, J. P., Rosenberger, Wallach, Andrias and Saxe, JJ.